## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| GEORGE KURUVILA AND DEBORAH SILVER ESQ., | : | No. 560 EAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ARASU RAJARATNAM, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.